UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SIMS, | 1:05-cv-01523 LJO DLB P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 40) |
| vs. | **ORDER GRANTING MOTION TO DISMISS IN PART** |
| J. WOODFORD, | **Doc. 28, 36** |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 7, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On March 27, 2008, defendants' filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

1

1 <u>de novo</u> review of this case.  Having carefully reviewed the
2 entire file, the Court finds the Findings and Recommendations to
3 be supported by the record and by proper analysis.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1.   The Findings and Recommendations, filed March 7, 2008,
6 are ADOPTED IN FULL; and,
7      2.   Defendants' motion to dismiss is denied in part and
8          granted in part as follows:
9          (a)   The motion is denied as to plaintiff's claims for
10              violations of his rights to due process;
11          (b)   The motion is granted without leave to amend as to
12              plaintiff's claims for violation of his right to
13              equal protection;
14          (c)   The motion is denied as to plaintiff's claims for
15              failure to protect/provide for his safety;
16          (d)   The motion is granted without leave to amend for
17              plaintiff's failure to comply with Rule 8(a)'s
18              pleading standards as to defendants Arnold and
19              Woodford;
20      3.   Defendants' shall file a response to the amended
21          complaint within 20 days.
22 IT IS SO ORDERED.
23 **Dated:   March 30, 2008**        **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28