UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SIMS, <br><br> Plaintiff, <br><br> v. <br><br> MENDOZA-POWERS, et. al., <br><br> Defendants. | CV F- 05-01523 LJO DLB P <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT <br><br> (Doc. 46) |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with this civil rights action. This action is proceeding on plaintiff's amended complaint filed November 17, 2006. On April 28, 2008, plaintiff moved for entry of default against defendant Kathy Mendoza-Powers. (Doc. 46).

A review of the court record indicates that defendant Mendoza-Powers timely filed an answer to the amended complaint on April 23, 2008. (Doc. 45). Accordingly, plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 1, 2008**          /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE