IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. SIMS,<br><br>            Plaintiff,<br><br>    vs.<br><br>JEANNE WOODFORD et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-1523 LJO DLB P<br><br>ORDER STRIKING DEMAND<br>FOR PRODUCTION OF DOCUMENTS<br><br>(Doc. 51) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2008, plaintiff filed a Demand for Production of Documents, Set One. (Doc. 51).

      Court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, deposition notices and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rule 33-250, 36-250. Discovery requests improperly filed with the court shall be stricken from the record.

///

///

///

1     Accordingly, plaintiff's demand for the production of documents, filed on June 11, 2008, is
2 HEREBY ORDERED STRICKEN.
3     IT IS SO ORDERED.
4     **Dated:**    **November 7, 2008**        **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE