IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. SIMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01523 LJO DLB (PC)<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST TO EXTEND TIME TO<br>FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 60) |

　　　Plaintiff James H. Sims, proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

　　　On February 17, 2009, defendants filed a request to extend time to file a motion for summary judgment. Good cause appearing and good cause having been found, Defendants are HEREBY GRANTED an extension of time, to and including **April 16, 2009**, to serve and file their motion for summary judgment.

　　　IT IS SO ORDERED.

　　　**Dated:   March 6, 2009**　　　　　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1