IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. SIMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01523 LJO DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #68)<br><br>DEADLINE: APRIL 23, 2009 |

On April 14, 2009, Defendants Woodford, Escobar, Arnold, Guinn and Mendoza-Powers ("Defendants") filed a request to modify the scheduling order to extend the time period for filing a dispositive motion. Specifically, Defendants requested a second extension of time to file and serve a motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time to file and serve a motion for summary judgment is granted;
2. Defendants shall file and serve their motion for summary judgment on or before April 23, 2009.

IT IS SO ORDERED.

    Dated:   **April 17, 2009**               /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE